UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WAYNE BELL,**

    **Plaintiff,**

v.                                      Case No.  3:26-cv-929-TKW-HTC

**U.S. SOCIAL SECURITY
ADMINISTRATION,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 5) and Plaintiff's objection (Doc 11).[1]  The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case was properly removed to this Court under 28 U.S.C. §1442(a)(1) and that this Court (like the state court from which the case was removed) does not have jurisdiction over the merits of Plaintiff's claims because Defendant's sovereign immunity from this type of suit has not been waived.

---

[1]  The filing that was docketed by the Clerk as an objection to the R&R focuses on the merits of Plaintiff's claims rather than the jurisdictional issues that were decided by the magistrate judge.  The merits of the claims are not before the Court at this point, and without jurisdiction over those claims, the Court has no authority to decide the merits of the claims.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to remand (Doc. 4) is DENIED.

3. Defendant's motion to dismiss (Doc. 6) is GRANTED, and this case is DISMISSED without prejudice for lack of jurisdiction.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 9th day of March, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**